| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Raymond Ballister Jr., Esq., SBN 111282 |
| 2 | Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058 |
| | Dennis Price, Esq., SBN 279082 |
| 4 | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
| | (858) 375-7385; (888) 422-5191 fax |
| 6 | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |
| 8 | Gary S. Kranker, Esq., SBN 146426 |
| | gsk@jones-mayer.com |
| 9 | Bruce A. Lindsay, Esq., SBN 102794 |
| 10 | bal@jones-mayer.com |
| | Monica Choi Arredondo, Esq., SBN 215841 |
| 11 | mca@jones-mayer.com |
| 12 | JONES & MAYER |
| | 3777 North Harbor Boulevard |
| 13 | Fullerton, CA 92835 |
| 14 | Telephone: (714) 446-1400 |
| | Facsimile: (714) 446-1448 |
| 15 | Attorneys for Defendant |
| 16 | City of Fullerton |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, | Case No. 8:19-CV-00592-JVS-ADS |
| Plaintiff, | |
| v. | **Joint Notice of Settlement and Request to Vacate All Currently Calendared Dates** |
| CITY OF FULLERTON; and Does 1-10, | |
| Defendants. | *[Proposed] Order filed concurrently herewith* |

1

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the Parties have reached a settlement in this matter. The Parties are in the process of preparing settlement documents and will file a Stipulation of Dismissal as soon as the settlement agreement has been executed and the payment term fulfilled. The Parties therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 90 days.

Dated: September 22, 2019        CENTER FOR DISABILITY ACCESS

                                            By: /s/ Amanda Lockhart Seabock
                                                Amanda Lockhart Seabock
                                                Attorneys for Plaintiff

Dated: September 22, 2019        JONES & MAYER

                                            By:  /s/ Bruce A. Lindsay
                                                Bruce A. Lindsay
                                                Attorney for Defendant
                                                City of Fullerton

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bruce A. Lindsay, counsel for City of Fullerton, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 22, 2019　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff